# FedEx International Air Waybill

**1 From** Please print and press hard.

Date: 1/19/2011
Sender's FedEx Account Number: 1506-2094-1

Sender's Name: E. FERNANDEZ
Company: US DISTRICT COURT
Phone: 718-613-2610
Address: 225 CADMAN PLZ E RM 118S
City: BROOKLYN
State: NY
Country: US

**2 To**
Recipient's Name: AMAR NITZAN
Company:
Address: HAGITIT 9
Address:
City: RISHON L'ZION
Country: ISRAEL

**3 Shipment Information**
Commodity Description: LEGAL DOCUMENTS

**4 Express Package Service**
☒ FedEx Intl. Economy

**Tracking Number:** 8742 5867 7675

Form ID No. 0402

